# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1357

**Short Case Caption** Google LLC v. Sonos, Inc.

**Filing Party/Entity** Google LLC

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

*Google LLC v. Sonos, Inc.*, No. 3:20-cv-03845 (N.D. Cal. Jun. 11, 2020)

☐   Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Google LLC

Sonos, Inc.

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

☒    Additional pages attached

See attached page.

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date:  4/13/2023            Signature:  /s/Daniel C. Tucker

                            Name:       Daniel C. Tucker

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Google LLC v. Sonos, Inc.

**Appeal No. 2023-1357**

---

### NOTICE OF RELATED CASE INFORMATION (Additional Pages)

3. Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| **Quinn Emanuel Urquhart and Sullivan LLP**<br>Brett N. Watkins<br>David A. Nelson<br>Jeffrey S. Gerchick<br>Lindsay M. Cooper<br>Patrick D. Curran<br>Patrick T. Schmidt<br>Patrick J. Stafford<br>Sean Taheri<br>Charles K. Verhoeven | **Lee Sullivan Shea & Sutcliffe LLP**<br>John Dan Smith, III<br>Matthew J. Sampson<br>Rory P. Shea<br>Sean M. Sullivan<br>Cole B. Richter<br>David R. Grosby<br>George I. Lee<br>Jae Y. Park<br>Michael P. Boyea |
|---|---|
| **Orrick, Herrington & Sutcliffe LLP**<br>Clement S. Roberts<br>Alyssa M. Caridis<br>Bas de Blank<br>Evan David Brewer<br>Kristina D. McKenna<br>Shane D. Anderson | |